UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE | + | |
| | + | Case No. 21-30602 |
| KATRINA L ABDULLAH | + | |
|     Debtor | + | |

## NOTICE OF APPEARANCE

Comes now Larry Darby and gives notice to this Honorable Court that he represents Brentwood Landing, the current landlord in this cause, and requests notice.

Respectfully submitted,

/s/   Larry Darby
Larry E. Darby
Attorney for Creditor

Darby Law Firm, LLC
P.O. Box 3905
Montgomery, Alabama 36109
Tel 334.356.3593 Fax 334.356.6392
Bankruptcy@AlabamaEvictions.com

## CERTIFICATE OF SERVICE

I certify that the foregoing will be filed electronically (CM/ECF) and will be served upon the following:

Stephen L. Klimjack            Sabrina McKinney, Trustee
1252 Dauphin St                P.O. Box 173
Mobile, AL 36604               Montgomery, AL 36101

/s/   Larry Darby
Larry E. Darby